**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 07, 2019.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 7** |
| | § | |
| **GRAYSTONE DEVELOPMENT** | § | **CASE NO. 19-10527-hcm** |
| **SERVICES, LTD;** | § | |
| | § | |
| **GS STRUCTURES, LLC** | § | **CASE NO. 19-10528-hcm** |
| **DEBTORS** | § | |
| | § | |
| | § | **(SUBSTANTIVE CONSOLIDATION OF** |
| | § | **ALL 2 CASES, INTO ONE CASE,** |
| | § | **GRAYSTONE DEVELOPMENT** |
| | § | **SERVICES, LTD, CASE NO. 19-10527-** |
| | § | **hcm)** |
| | § | **JOINTLY ADMINISTERED UNDER** |
| | § | **CASE NO. 19-10527-hcm** |
| | § | |

_____

## ORDER GRANTING TRUSTEE'S MOTION FOR SUBSTANTIVE CONSOLIDATION

On the day this Order was signed, came for consideration, the  Chapter 7 Trustee's Motion for Substantive Consolidation in each of the above styled and numbered chapter 7 cases, seeking Substantive Consolidation of such cases ("Motions"). The Court finds that notice was

1

proper and that no party in interest made any response in opposition to the Motions or, if so, the relief requested in any such response was denied for the reasons stated on the record, and further finds that the relief requested in the Motions should be granted.

ACCORDINGLY, IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the chapter cases of Graystone Development Services, Ltd, Case No. 19-10527-hcm & GS Structures, LLC, Case No. 19-10528-hcm, the debtors in the above styled and numbered bankruptcy cases, be Substantively Consolidated, in accordance with the terms of this Order, as follows:

(2)   *In re:* Graystone Development Services, Ltd, Case No. 19-10527-hcm & GS Structures, LLC, Case No. 19-10528-hcm, the debtors in the above styled and numbered bankruptcy cases, are to be Substantively Consolidated, under Case No. 19-10527-hcm;

(3)   Judge H. Christopher Mott, shall preside over these Substantively Consolidated cases;

(4)   The joint caption of the *Substantively Consolidated 2* cases shall read as shown in attached Exhibit A.

(5)   All original pleadings shall be captioned as set out above and all original docket entries shall be made in the case of *In re: In re:* Graystone Development Services, Ltd, Case No. 19-10527-hcm;

(6)   Proofs of claim may be filed under the case number representing the Debtor's estate against which creditor believes their claim shall be made; if creditor is uncertain, they should file their claim in Case No. 19-10527-hcm;

(8)   A docket entry shall be made in each of the Debtors' cases substantially as follows: *An Order has been entered in this case directing the Substantively Consolidation of of the chapter 7 cases of In re:* Graystone Development Services, Ltd, Case No. 19-10527-hcm & GS Structures, LLC, Case No. 19-10528-hcm, the debtors in the above styled and numbered bankruptcy cases, the docket in the Chapter 7 Case of Graystone Development Services, Ltd, Case No. 19-10527-hcm, *should be consulted for all matters affecting this case;*

2

RANDOLPH N. OSHEROW
Texas State Bar No. 15335500
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 – Fax
rosherow@hotmail.com
**Chapter 7 Trustee**

EXHIBIT "A"
SUBSTANTIVELY CONSOLIDATED CAPTION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CHAPTER 7 |
| GRAYSTONE DEVELOPMENT SERVICES, LTD; | § § § | CASE NO. 19-10527-hcm |
| GS STRUCTURES, LLC DEBTORS | § § § | CASE NO. 19-10528-hcm |
| | § § § § § § § § | (SUBSTANTIVE CONSOLIDATION OF ALL 2 CASES, INTO ONE CASE, GRAYSTONE DEVELOPMENT SERVICES, LTD, CASE NO. 19-10527-hcm) JOINTLY ADMINISTERED UNDER CASE NO. 19-10527-hcm |

#

4