**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**


**Dated: July 03, 2019.**

_H CMott_
_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 7** |
| | § | |
| **GRAYSTONE DEVELOPMENT** | § | **CASE NO. 19-10527-hcm** |
| **SERVICES, LTD;** | § | |
| | § | |
| **GS STRUCTURES, LLC** | § | **CASE NO. 19-10528-hcm** |
| **DEBTORS** | § | |
| | § | |
| | § | **(SUBSTANTIVE CONSOLIDATION OF** |
| | § | **ALL 2 CASES, INTO ONE CASE,** |
| | § | **GRAYSTONE DEVELOPMENT** |
| | § | **SERVICES, LTD, CASE NO. 19-10527-** |
| | § | **hcm)** |
| | § | **JOINTLY ADMINISTERED UNDER** |
| | § | **CASE NO. 19-10527-hcm** |
| | § | |

---

### ORDER AUTHORIZING TRUSTEE TO SELL PROPERTY OF DEBTOR (VEHICLES & EQUIPMENT) FREE AND CLEAR OF ALL LIENS AND INTERESTS AT PUBLIC AUCTION & LIVE ONLINE AUCTION

On the day this Order was signed, came to be considered by the United States Bankruptcy

Judge the Trustee's Motion to Sell Property of Debtor –Vehicles and Equipment, Free and Clear

of All Liens and Interests at Public Auction & Live Online Auction. The Court having

considered the Motion finds that it has merit and should be granted. It is, therefore,

ORDERED, ADJUDGED, and DECREED that the Trustee is hereby authorized to sell

the property described as:

2006 Chev Silverado 2500 HD 4 by 4 Crew Cab
VIN 1GCHK29DX6E241378
Valued at $10,000.00 on Debtor's schedules.

2008 Dodge Sterling 1.5 Ton Pickup
VIN 3F6WJ68A78G352894
Valued at $20,000.00 on Debtor's schedules.

2007 Magnum Cargo TC6122 Utility Trailer
VIN 1WF200E1972061307
Valued at $2500.00 on Debtor's schedules.

2010 Wells Cargo 12' Trecker TC7122
VIN 1WF200E24A2064826
Valued at $2500.00 on Debtor's schedules.

2012 Cargo 7 by 14 CG White Trailer
VIN 4YMCL1422CT013936
Valued at $4000.00 on Debtor's schedules.

2014 KBAR Power Washer Trailer
VIN 4K1BP1624EFOO1068
Valued at $7500.00 on Debtor's schedules.

2005 Cargo Mite 10 by 6
VIN 49TCB101651074938
Valued at $3000.00 on Debtor's schedules.

2006 Big Tex 20' T/A70PI-20X
VIN 16VPX202162E96843
Valued at $2300.00 on Debtor's schedules.

2008 Pro Tracker 20' ¾ Ton (Bumper Pull)
VIN 5LCJF202281016722, located in Pflugerville, TX
Valued at $2500.00 on Debtor's schedules.

2007 Sure Pull 32' TDDT ( Gooseneck-Tandem-
No sides)
VIN 1J9DG32257J143452
Valued at $6500.00 on Debtor's schedules.

Pro Tracker 20' 3/4 Ton

VIN 5BNC183548W001291
Valued at $2500.00 on Debtor's schedules.


20' Conex Boxes (2)
Valued at $3800.00 on Debtor's schedules.

40' Conex Box
Valued at $2500.00 on Debtor's schedules.

Stihl TX 420 Cut Off Saws (3)
Valued at $1500.00 on Debtor's schedules.


Various small tools
Valued at $3500.00 on Debtor's schedules.

30" Troweling Machines (2)
Valued at $1300.00 on Debtor's schedules.

24" Trowel Machine
Valued at $600.00 on Debtor's schedules.

Hard Wheel Forklift
Valued at $5500.00 on Debtor's schedules.

Concrete magin Screed (2)
Valued at $2400.00 on Debtor's schedules.

Georgia Buggie
Valued at $1250.00 on Debtor's schedules.

Towable Light Towers (2)
Valued at $6000.00 on Debtor's schedules.

Non-towable Light Tower
Valued at $750.00 on Debtor's schedules.

Small Portable Generators (4)
Valued at $1000.00 on Debtor's schedules, at a public auction. It is
further

ORDERED, ADJUDGED, and DECREED that the sale of the foregoing property shall

be free and clear of all liens and interests, valid and invalid, and the same is hereby approved and

affirmed. It is further

ORDERED, ADJUDGED, and DECREED that the Texas Department of Motor Vehicles

and/or the local Tax Assessor/Collector is ordered to assist in the transfer of the vehicle to the new owner. It is further

ORDERED, ADJUDGED, and DECREED that the sale of the foregoing property shall be free and clear of all liens and interests, valid and invalid, and the same is hereby approved and affirmed. It is further

a. ORDERED, ADJUDGED & DECREED that with respect to the amount of ad valorem taxes for the year 2018 and prior related to personal property, such amounts shall be paid at Closing. Any liens for 2019 ad valorem taxes on personal property shall attach only to the sales proceeds until all allowed personal property tax claims are paid in full. NO FUNDS WILL BE DISTRIBUTED FROM THIS SALE, EXCEPT COSTS OF SALE, AUCTIONEER AND MOVING AND STORAGE EXPENSES, (IF ANY), UNTIL FURTHER ORDERS OF THIS COURT.

ORDERED, ADJUDGED & DECREED that notwithstanding the provisions of Bankruptcy Rules 6004 and 6006 or any applicable provisions of the Local Rules, this Order shall be not be stayed for FOURTEEN DAYS after the entry hereof, but shall be effective and enforceable immediately upon entry. It is further

ORDERED, ADJUDGED, and DECREED that the Trustee is authorized to execute the documents necessary to effectuate the sale of the above-described property.

# # #

RANDOLPH N. OSHEROW
**Chapter 7 Trustee**