**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 11, 2020.**

_H Ċ Mott_
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-10528-HCM |
| | § | CASE NO. 19-10527-HCM |
| GS STRUCTURES, LLC, and | § | |
| GRAYSTONE DEVELOPMENT SRVS | § | |
| | § | CHAPTER 7 PROCEEDING |
| DEBTOR. | | |

<u>ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT AND REQUEST FOR RELIEF</u>

On the day this Order was signed, came for consideration the Application of Trustee to Employ Accountant and Request for Relief. It appearing that such application is proper and should be granted, it is therefore

ORDERED that the employment of Janet Rakowitz of WYSI WYG Consulting, 11024 Macaway, #2, Adkins, Texas 78101, as accountant for the estate is hereby authorized and approved $750.00 without further Order of this Court.

###

RANDOLPH N. OSHEROW, P.C.
342 W. Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com

C:\Users\Tax\Documents\Word Tax Docs\GS_STRUCT_AUS_65_Order19.doc

United States Bankruptcy Court
Western District of Texas

In re:  
Graystone Development Services, Ltd.  
GS Structures, LLC  
    Debtors

Case No. 19-10527-hcm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0542-1      User: beniteze      Page 1 of 1      Date Rcvd: Feb 11, 2020  
                       Form ID: pdfintp      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2020.
```
db          +Graystone Development Services, Ltd.,    P.O. Box 2,    Georgetown, TX 78627-0002
cnsdb       +GS Structures, LLC,    P.O. Box 2,    Georgetown, TX 78627-0002
intp        +Janet Rakowitz,    WYSI WYG Consulting,    11024 Macaway, #2,    Adkins, TX 78101-9427
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020            Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2020 at the address(es) listed below:
```
              Jameson Joseph Watts    on behalf of Creditor    Flintco, LLC jameson.watts@huschblackwell.com,
               penny.keller@huschblackwell.com;jameson-watts-4163@ecf.pacerpro.com;Christine.deacon@huschblackwe
               ll.com
              Lynn H. Butler    on behalf of Creditor    Flintco, LLC lynn.butler@huschblackwell.com,
               penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com;elizabeth-spivey-5378@ecf.pac
               erpro.com
              Randolph N Osherow    on behalf of Trustee Randolph N Osherow rosherow@hotmail.com,
               rosherow@ecf.axosfs.com
              Randolph N Osherow    rosherow@hotmail.com,    rosherow@ecf.axosfs.com
              Ronald S. Schmidt    on behalf of Creditor    Alamo Concrete Products Company rss@swlawsa.com,
               joleen@swlawsa.com
              Seth E. Meisel    on behalf of Creditor    John King Construction, LTD smeisel@dbcllp.com,
               kmorgan@dbcllp.com
              Simon R. Mayer    on behalf of Debtor    Graystone Development Services, Ltd. smayer@hwa.com,
               scastillo@hwa.com,Autodocket@lockelord.com
              Simon R. Mayer    on behalf of Debtor    GS Structures, LLC smayer@hwa.com,    scastillo@hwa.com,
               Autodocket@lockelord.com
              Simon R. Mayer    on behalf of Consolidated Debtor    GS Structures, LLC smayer@hwa.com,
               scastillo@hwa.com,Autodocket@lockelord.com
              Stewart Shurtleff    on behalf of Creditor    MEDCO Construction, LLC sshurtleff@pecklaw.com,
               SFleming@pecklaw.com
              United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
              Wayne Kitchens    on behalf of Consolidated Debtor    GS Structures, LLC wkitchens@hwa.com
              Wayne Kitchens    on behalf of Debtor    GS Structures, LLC wkitchens@hwa.com
              Wayne Kitchens    on behalf of Debtor    Graystone Development Services, Ltd. wkitchens@hwa.com
                                                                                             TOTAL: 14
```