To whom it may concern
Re - case # 19-10527-ICM
I Frumencio Aguillon Loredo, come forth to say thay Greystone and/or GS-Structures LLC Debtors, does not owe me any monies

2-17-20
Frumencio Aguillon, L

FILED
FEB 20 2020
U.S. BANKRUPTCY COURT
BY_____DEPUTY