IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| GRAYSTONE DEVELOPMENT SERVICES, LTD., | § | |
|    Debtor | § | CASE NO. 19-10527-hcm |

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE:

     Creditor, **LAUREN CONCRETE, INC.** hereby gives notice of the appearance of Curtis J. Kurhajec, State Bar No. 11767200, with NAMAN, HOWELL, SMITH & LEE, PLLC at 8310 N. Capital of Texas Hwy., Ste. 490, Austin, Texas 78731 as attorney of record on behalf of Creditor, Lauren Concrete, Inc. in this matter.

     Respectfully submitted,

By: */s/ Curtis J. Kurhajec*
Curt Kurhajec
State Bar No. 11767200
NAMAN HOWELL SMITH & LEE, PLLC
8310 N. Capital of Texas Hwy., Suite 490
Austin, Texas 78731
Telephone: (512) 479-0300
Facsimile: (512) 474-1901
E-Mail: CKurhajec@namanhowell.com

**ATTORNEY FOR CREDITOR,
LAUREN CONCRETE, INC.**

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing was served on counsel of record via the Court's ECF system on this the 25th day of February, 2020.

                                                    /s/Curtis J. Kurhajec
                                                    Curtis J. Kurhajec